## BERCHTOLD, An Infant v MARTIN, et, Partners

Ohio Appeals, 2nd Dist, Miami Co
Decided May 28, 1929

For full opinion see 177 NE 57; 38 Oh Ap 557 (Oh Bar 9-8-31).